[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-15230
Non-Argument Calendar
_____

D.C. Docket No. 8:89-cr-00169-JDW-MAP-7


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FERNANDO A. NINO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(May 15, 2017)

Before WILLIAM PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Ali Kamalzadeh, appointed counsel for Fernando Nino in this appeal of the denial of Nino's motion to reduce his sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Nino's motion to reduce his sentence is **AFFIRMED**.